## THE PEOPLE *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of Ponce.

No. 2.—Decided January 25, 1905.

This case involves the same questions of law as were involved in *The People of Porto Rico* v. *The Registrar of Property, ante,* p. 7, and is decided on authority thereof.

### STATEMENT OF THE CASE.

A hearing was had in this appeal taken from the decision of the Registrar of Property of Ponce refusing to record, in favor of The People of Porto Rico, three certificates issued by the collector of internal revenues for that city, relative to

the sale of two lots and a parcel of land sold at public auction for the payment of taxes.

Under compulsory proceedings instituted by the collector of revenues for the aforesaid city, against Juana Contreras, Antonio Santiago, Trinidad Barutel and Inocencio Díaz, for the collection of delinquent taxes, certain properties were attached, offered at public sale, and awarded to The People of Porto Rico, in the absence of bidders. The certificates of sale issued by the collector were filed in the registry of property for record, which was refused by the registrar on the ground that the ownership of the properties, attached as aforesaid, did not appear recorded in favor of the debtors or in favor of any other person, according to the decision entered at the foot of the certificate hereinbefore mentioned.

Notice of said decision was served on the collector of revenues of Ponce, who not being satisfied therewith, the certificates herein referred to were transmitted to this Supreme Court by the said registrar for a decision thereon, reproducing the reports he had previously made in the cases of Martin Vargas, Rafael Bermejo and Mariana Colón, and making such other allegations as he deemed pertinent to his case.

*Mr. Rossy, Fiscal,* for appellant.

MR. CHIEF JUSTICE QUIÑONES, after making the foregoing statement of facts, delivered the opinion of the court, as follows:

On the grounds set forth in the decision rendered under this date by this Supreme Court in the matter of the appeal taken by The People of Porto Rico from the decision of the Registrar of Ponce refusing to record the certificate of sale of three lots, sold at public auction for the payment of delinquent taxes (*ante* 7,) which decision is entirely applicable to the case at bar, the decision of the Registrar of Property of Ponce entered at the end of the certificate herein referred to, is hereby sustained, and with a certified copy of the opinion hereinbefore mentioned, a copy of which shall be

hereto attached and of this decision, said certificate shall be transmitted to the registrar of property of the said city for compliance therewith.

Justices Hernández, Figueras, MacLeary and Wolf concurred.

This case involves the same questions of law as were involved in *The People of Porto Rico* v. *The Registrar of Property, ante,* p. 7, and is decided on authority thereof.